# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

\_\_\_\_\_NA\_\_\_\_ Division

| Rajan Patel | ) | Case No. | TBD By court |
| --- | --- | --- | --- |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)*  ✔ Yes  ☐ No | |
| -v- | ) | | |
| ECFMG (Educational Commission for Foreign Medical Graduates) | ) | | |
| *Defendant(s)* | ) | | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   | --- | --- |
   | Name | Rajan Patel |
   | Street Address | 8701 Deanna Dr. |
   | City and County | Gaithersburg |
   | State and Zip Code | Maryland, 20882 |
   | Telephone Number | 2403673300 |
   | E-mail Address | drpat108@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: ECFMG
- Job or Title *(if known)*:
- Street Address: 3624 Market St,
- City and County: Philadelphia,
- State and Zip Code: PA 19104
- Telephone Number: (215) 386-5900
- E-mail Address *(if known)*: info@ecfmg.org

**Defendant No. 2**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 3**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans with Disabilities Act

Pandemic related Executive Orders that protect students and professional certifications in terms of deadlines and certification bodies needing to make appropriate accommodations.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Rajan Patel, is a citizen of the State of *(name)* Maryland.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.     If the defendant is a corporation

              The defendant, *(name)* ECFMG, is incorporated under the laws of the State of *(name)* Pennsylvania, and has its principal place of business in the State of *(name)* Pennsylvania.

              Or is incorporated under the laws of *(foreign nation)* _____,

              and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Amount that would be equivalent to the average life earnings of a physician (on average): 4 Million Dollars. ECFMG's lack of cooperation and lack of accommodating fairly is resulting my loss of my entire medical career as a physician.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached in a separate page in this document.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Attached as separate page in this document.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/17/2021

Signature of Plaintiff: Rajan Patel
Printed Name of Plaintiff: Rajan Patel

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Statement of Claim and Relief:

ECFMG gives 7 years to complete the USMLE exams in order to become ECFMG certified. I have one more exam left to take and pass before I would be certified by the ECFMG. My 7 years were up in End of June Early July of 2020. We are able to take the exams almost any day of the year we wish. However, during the timeframe of MAY JUNE JULY 2020, I was not able to take my test because the test center (called PROMETRIC test centers) required testers to wear a mask for the entire length of the test (9 hours). Prometric's rule of masks is reasonable as it is important to protect our society from the coronavirus. However I am unable to wear a mask for the length of the exam as my pulmonologist has strictly recommended me NOT to wear a mask for that long because wearing a mask puts me in a dangerous situation healthwise, and this has been the case since I was child as I have a genetic congenital form of COPD and Asthma (since childhood). Wearing a mask for extended periods of time significantly affects my safety, wellbeing and ability to breath normally. I have asked USMLE and the creators of the exam and also the Prometric testing centers, if they can give me an accommodation whereby I am allowed to take the test in a separate room without a mask and they have strictly said no (again, understandable as it is a matter of public health concern and it could potentially put thousands of other test takers who test at Prometric at danger). What is not reasonable is that ECFMG is not giving me a confirmation that they WILL indeed extend the 7 years requirement for me, for as long as I need, eg. until when it is safe for me to take the exam without a mask on my face. Given this unprecedented nature of the pandemic, educational organizations are to grant accommodations (both under ADA law and other Pandemic related laws) where appropriate. In this case it is appropriate and necessary for the ECFMG to extend my 7 years time frame to as long as I need until it is safe to take the exam without a mask (as otherwise, I will NOT be able to complete the exam). If I do not complete the exam, ECFMG will not certify me, and if ECFMG does not certify me, I will never be able to embark on my career as a physician, for which I have worked so hard (to reach this final stage). ECFMG must notify me now, that they in fact WILL grant me an extension of the seven years to the timeframe in which masks are no longer necessary to wear at Prometric centers. This is the relief I am seeking. It would utterly unfair for ECFMG to simply tell me that they "might" or they will "consider it" when we reach that point. Given the stressful nature of this issue, and given the fact that I have paid ECFMG thousands of dollars in fees already, it is ECFMG's responsibility to make adjustments to their policy when necessary and appropriate, and in this case, it is absolutely appropriate for ECFMG to NOW grant me a definitive written extension to the 7 years timeframe required to complete the USMLE exams. If ECFMG says they might grant it to me, and they might now (they will only consider granting AFTER I complete my exam), it is unfair and unlawful as as everyone else got their full 7 years, however I did not; and due to my medical condition, I am no longer able to test until the test centers allow me to take the exam WITHOUT a mask. Therefore at the very least, ECFMG must accommodate by granting me an extension of the seven years AND must do so in a definitive statement (eg. decision made NOW, prior to completing my last exam). Exhibits regarding my medical condition will be sent to Your Honor in the coming days after a case number has been established for this case. I need this certificate soon so please expedite.

SIncerely, Rajan Patel

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rajan Patel

**(b)** County of Residence of First Listed Plaintiff: Montgomery Co., MD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
ECFMG

County of Residence of First Listed Defendant: Philadelphia, PA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT
- [x] 190 Other Contract
- [x] 445 Amer. w/Disabilities - Employment
- [x] 446 Amer. w/Disabilities - Other
- [x] 448 Education

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: All agencies have accommodated under Covid new law + ADA law but ECFMG refused to accommodate

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 15,000 + ECFMG cert
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 01/01/2021

SIGNATURE OF ATTORNEY OF RECORD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Rajan Patel

*Plaintiff(s)*

v.

ECFMG (Educational Commission for Foreign Medical Graduates)

*Defendant(s)*

Civil Action No. To BE DETERMINED by COURT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ECFMG (Educational Commission for Foreign Medical Graduates)
3624 Market St, Philadelphia, PA 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ECFMG (Educational Commission for Foreign Medical Graduates)
3624 Market St, Philadelphia, PA 19104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/17/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. To BE DETERMINED by COURT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ECFMG

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS Certified mail through Marshals

My fees are $ 1.00 for travel and $ 1.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

