IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 4/14/21

TO: Court Deputy to Judge **Alejandro**

FROM: U.S. Marshal Service

SUBJECT: Status Report on Request for U.S.M. 285 Form

| 21-546 | Patel vs. ECFMG |
|---|---|
| CIVIL CASE NUMBER | CASE TITLE |

☒ INITIAL NOTICE MAILED   4/14/21
                           DATE

☐ SECOND NOTICE MAILED   _____
                          DATE

☐ THIRD NOTICE MAILED    _____
                          DATE

☐ OTHER _____

M. Shelinsky
U S Marshal Service