# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF | Rajan Patel |
| DEFENDANT | ECFMG |
| COURT CASE NUMBER | 2:21-cv-00546-NIQA |
| TYPE OF PROCESS | Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ECFMG → Litigations
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 3624 Market Street, Philadelphia, PA 19104-2685

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Clerk's office and chambers
US Court: 601 Market St,
Philadelphia, PA 19106

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Call ECFMG if they are not inside @ 215-386-5900 opt 0

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 240-367-3300
DATE: 04/24/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No: 06
District to Serve No: 06
Signature of Authorized USMS Deputy or Clerk: M. Shelinsky
Date: 4/30/21

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Aidan Delany - Mail Clerk
Date: 5/4/21
Time: 9:12 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 2.80 | | 67.80 | | |

REMARKS: 6X - 56