IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJAN PATEL,<br><br>   Plaintiffs,<br><br>v.<br><br>ECFMG,<br><br>   Defendant. | Civil Action No. 2:21-cv-00546<br><br>Hon. Nitza I. Quiñones-Alejandro |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ECFMG**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ECFMG[1], by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

DATED:  May 25, 2021

*/s/ Max O. Bernstein*
Elisa P. McEnroe, PA Bar No. 206143
Max O. Bernstein, PA Bar No. 325405
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:   +1.215.963.5917
Facsimile:   +1.215.963.5001
elisa.mcenroe@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant ECFMG*

---

[1] Plaintiff named "ECFMG" as the defendant in this action.  As a matter of record, ECFMG's full, legal name is the Educational Commission for Foreign Medical Graduates.  However, for ease of reference, Defendant will refer to itself as "ECFMG."

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following via the ECF system and First Class U.S. Mail:

Rajan Patel
8701 Deanne Dr.
Gaithersburg, MD 20882

*Plaintiff*

DATED: May 25, 2021                              */s/ Max O. Bernstein*
                                                 Max O. Bernstein