**From:** Noelia Rivera-Calderon
**Sent:** Monday, June 7, 2021 9:18 AM
**To:** PAED Documents; PAED_ clerksoffice
**Subject:** FW: Activity in Case 2:21-cv-00546-NIQA PATEL v. ECFMG Praecipe/Request
**Attachments:** Rebuttal to ECFMG.pdf

Forwarding this response to a motion to dismiss in 21-546, which the plaintiff sent me in error. If needed, please forward to the right person to docket.

Thanks,
Noelia

**From:** Rajan Patel <drpat108@gmail.com>
**Date:** Sunday, June 6, 2021 at 11:42 PM
**To:** Noelia Rivera-Calderon <Noelia_RiveraCalderon@paed.uscourts.gov>
**Subject:** Re: Activity in Case 2:21-cv-00546-NIQA PATEL v. ECFMG Praecipe/Request

**CAUTION - EXTERNAL:**

Noelia, attached is my rebuttal to the motion to dismiss. PLease file it my docket and have the Judge consider it asap, and let me know when the discovery order and timeline etc for jury trial, will be issued.

Raj

On Wed, May 26, 2021 at 9:19 AM Noelia Rivera-Calderon <Noelia_RiveraCalderon@paed.uscourts.gov> wrote:

> Hi Rajan,
>
> I'm attaching a pdf of the motion to dismiss and memorandum filed by the defendant.
>
> Best,
>
> Noelia
>
> **From:** Rajan Patel <drpat108@gmail.com>
> **Date:** Tuesday, May 25, 2021 at 5:54 PM
> **To:** ECF PAED <ECF_PAED@paed.uscourts.gov>, Noelia Rivera-Calderon <Noelia_RiveraCalderon@paed.uscourts.gov>
> **Cc:** paedmail@paed.uscourts.gov <paedmail@paed.uscourts.gov>
> **Subject:** Re: Activity in Case 2:21-cv-00546-NIQA PATEL v. ECFMG Praecipe/Request

1

**CAUTION - EXTERNAL:**

Please send me a pdf of the motion here, i am unable to access anything through your portal. Thanks

On Tue, May 25, 2021 at 5:50 PM <ecf_paed@paed.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by MCENROE, ELISA on 5/25/2021 at 5:49 PM EDT and filed on 5/25/2021

**Case Name:**      PATEL v. ECFMG
**Case Number:**   2:21-cv-00546-NIQA
**Filer:**          ECFMG
**Document Number:** 9

**Praecipe *to Attach Exhibit* by ECFMG. (MCENROE, ELISA)**

**2:21-cv-00546-NIQA Notice has been electronically mailed to:**

ELISA P. MCENROE &nbsp &nbsp emcenroe@morganlewis.com

RAJAN PATEL &nbsp &nbsp DRPAT108@GMAIL.COM

**2:21-cv-00546-NIQA Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/25/2021] [FileNumber=17637810-

2

0] [685777d2a21ac1ffd83a9f1f31bfe51f180f828865df084f56dd0c3e005ceb0bce 079bddbece6651c22e742067ee72df7f4d7b67a68bdfbcb6642e8cd3266da6]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.