IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-546** |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 23rd day of June 2021, upon consideration of Defendant ECFMG's *motion for leave to file a reply memorandum of law in further support of its motion to dismiss Plaintiff's complaint*, [ECF 12], it is hereby **ORDERED** that the motion is **GRANTED.** The Clerk of Court is directed to docket Defendant's reply, attached as Exhibit 1 to the motion, as of the date of this Order.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*