**From:** Rajan Patel <drpat108@gmail.com>
**Sent:** Thursday, June 24, 2021 10:29 AM
**To:** PAED Documents
**Subject:** Fwd: Activity in Case 2:21-cv-00546-NIQA PATEL v. ECFMG Praecipe/Request
**Attachments:** Untitled document (8).pdf

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
From: **Rajan Patel** <drpat108@gmail.com>
Date: Fri, Jun 18, 2021 at 2:04 PM
Subject: Re: Activity in Case 2:21-cv-00546-NIQA PATEL v. ECFMG Praecipe/Request
To: Noelia Rivera-Calderon <Noelia_RiveraCalderon@paed.uscourts.gov>, <PAED_clerksoffice@paed.uscourts.gov>

Noelia, Clerk's office, and Judge's Chambers,

attached is my rebuttal to the Defendant's Motion to Leave that they filed today. PLease file it my docket and have the Judge consider it asap, and let me know when the discovery order and timeline etc for jury trial, will be issued.

Raj

On Sun, Jun 6, 2021 at 11:42 PM Rajan Patel <drpat108@gmail.com> wrote:
> Noelia, attached is my rebuttal to the motion to dismiss. PLease file it my docket and have the Judge consider it asap, and let me know when the discovery order and timeline etc for jury trial, will be issued.
>
> Raj
>
> On Wed, May 26, 2021 at 9:19 AM Noelia Rivera-Calderon <Noelia_RiveraCalderon@paed.uscourts.gov> wrote:
>> Hi Rajan,
>>
>> I'm attaching a pdf of the motion to dismiss and memorandum filed by the defendant.
>>
>> Best,
>>
>> Noelia

**From:** Rajan Patel <drpat108@gmail.com>
**Date:** Tuesday, May 25, 2021 at 5:54 PM
**To:** ECF PAED <ECF_PAED@paed.uscourts.gov>, Noelia Rivera-Calderon <Noelia_RiveraCalderon@paed.uscourts.gov>
**Cc:** paedmail@paed.uscourts.gov <paedmail@paed.uscourts.gov>
**Subject:** Re: Activity in Case 2:21-cv-00546-NIQA PATEL v. ECFMG Praecipe/Request

**CAUTION - EXTERNAL:**

Please send me a pdf of the motion here, i am unable to access anything through your portal. Thanks

On Tue, May 25, 2021 at 5:50 PM <ecf_paed@paed.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by MCENROE, ELISA on 5/25/2021 at 5:49 PM EDT and filed on 5/25/2021

**Case Name:**        PATEL v. ECFMG
**Case Number:**      2:21-cv-00546-NIQA
**Filer:**            ECFMG
**Document Number:** 9

**Praecipe** *to Attach Exhibit* **by ECFMG. (MCENROE, ELISA)**

**2:21-cv-00546-NIQA Notice has been electronically mailed to:**

ELISA P. MCENROE &nbsp &nbsp emcenroe@morganlewis.com

RAJAN PATEL &nbsp &nbsp DRPAT108@GMAIL.COM

**2:21-cv-00546-NIQA Notice will not be electronically mailed to:**

2

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/25/2021] [FileNumber=17637810-0] [685777d2a21ac1ffd83a9f1f31bfe51f180f828865df084f56dd0c3e005ceb0bce079bddbece6651c22e742067ee72df7f4d7b67a68bdfbcb6642e8cd3266da6]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.