| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Wednesday, August 18, 2021 3:23 PM |
| **To:** | PAED Documents; PAED_ clerksoffice; Noelia Rivera-Calderon |
| **Subject:** | URGENT case 2:21-cv-00546-NIQA |

<mark>CAUTION - EXTERNAL:</mark>


URGENT case 2:21-cv-00546-NIQA

My name Rajan Patel, I am the plaintiff on this above case.

This email serves as an official request to the court in in writing, to temporarily pause the case and allow me to file a motion for leave to file an amended complaint. Please let me know if this motion is granted today. Also before I send you the exhibit of the amended complaint, I need a copy of the current complaint you have for me on file. Please send me that complaint via email ASAP.

THanks

Sincerely,

Rajan Patel

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>