| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Thursday, August 26, 2021 3:01 PM |
| **To:** | Sarah Ortlip-Sommers; PAED_ clerksoffice; PAED Documents |
| **Subject:** | Re: 21-cv-546 Complaint |
| **Attachments:** | Motion for Leave to File an Amended Complaint.odt; Motion for Leave to File an Amended Complaint.pdf |

**CAUTION - EXTERNAL:**

Attached see.

Please file this and have it considered by the Judge- My motion. And please continue the case as I recently requested for you to pause it. You can not end the pause and proceed the civil action.

Please let me know the decision asap.

Thanks

Sincerely,

Rajan Patel - Plaintiff

On Thu, Aug 19, 2021 at 9:18 AM Sarah Ortlip-Sommers <Sarah_OrtlipSommers@paed.uscourts.gov> wrote:

> Dear Mr. Patel,
>
> Per your request, attached please find a copy of the complaint you filed earlier this year. Please let me know if you have any questions.
>
> Best,
>
> Sarah
>
> --
>
> **Sarah Ortlip-Sommers**
>
> Law Clerk to the Honorable Nitza I. Quiñones Alejandro
>
> U.S. District Court for the Eastern District of Pennsylvania

1

601 Market Street, Suite 8613

Philadelphia, PA 19106

Phone: 267-299-7462

Sarah_OrtlipSommers@paed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.