# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 21-0546 |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 27th day of August 2021, upon consideration of Plaintiff's *motion for leave to file an amended complaint*, [ECF 17], and for good cause shown, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED.** Accordingly, Plaintiff shall file an amended complaint by September 3, 2021.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The amended complaint must comply with the Federal Rules of Civil Procedure, including Plaintiff's signature.