| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Tuesday, September 7, 2021 5:06 PM |
| **To:** | Sarah Ortlip-Sommers; PAED_ clerksoffice; PAED Documents; paedmail@paed.uscourts.gov |
| **Subject:** | Re: 21-cv-546 Complaint |
| **Attachments:** | Motion for Leave to File an Amended Complaint (1).pdf |

**CAUTION - EXTERNAL:**

Please see my amended complaint attached.. Please file it. Thanks

Rajan

On Thu, Aug 26, 2021 at 3:01 PM Rajan Patel <drpat108@gmail.com> wrote:
> Attached see.
>
> Please file this and have it considered by the Judge- My motion. And please continue the case as I recently requested for you to pause it. You can not end the pause and proceed the civil action.
>
>
> Please let me know the decision asap.
>
> Thanks
>
> Sincerely,
>
> Rajan Patel - Plaintiff
>
> On Thu, Aug 19, 2021 at 9:18 AM Sarah Ortlip-Sommers <Sarah_OrtlipSommers@paed.uscourts.gov> wrote:
>> Dear Mr. Patel,
>>
>>
>> Per your request, attached please find a copy of the complaint you filed earlier this year. Please let me know if you have any questions.
>>
>>
>> Best,
>>
>> Sarah
>>
>>
>> --
>>
>> **Sarah Ortlip-Sommers**

Law Clerk to the Honorable Nitza I. Quiñones Alejandro

U.S. District Court for the Eastern District of Pennsylvania

601 Market Street, Suite 8613

Philadelphia, PA 19106

Phone: 267-299-7462

Sarah_OrtlipSommers@paed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.