| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Tuesday, September 7, 2021 5:10 PM |
| **To:** | Sarah Ortlip-Sommers; PAED_ clerksoffice; PAED Documents; paedmail@paed.uscourts.gov |
| **Subject:** | Re: 21-cv-546 Complaint |

**CAUTION - EXTERNAL:**

I only need to send you the section of the complaint form that states "complaint and relief" right? Not everything else, right? For everything else, you can use my previous form right?

On Tue, Sep 7, 2021 at 5:05 PM Rajan Patel <drpat108@gmail.com> wrote:
> Please see my amended complaint attached.. Please file it. Thanks
>
> Rajan
>
> On Thu, Aug 26, 2021 at 3:01 PM Rajan Patel <drpat108@gmail.com> wrote:
>> Attached see.
>>
>> Please file this and have it considered by the Judge- My motion. And please continue the case as I recently requested for you to pause it. You can not end the pause and proceed the civil action.
>>
>> Please let me know the decision asap.
>>
>> Thanks
>>
>> Sincerely,
>>
>> Rajan Patel - Plaintiff
>>
>> On Thu, Aug 19, 2021 at 9:18 AM Sarah Ortlip-Sommers <Sarah_OrtlipSommers@paed.uscourts.gov> wrote:
>>> Dear Mr. Patel,
>>>
>>> Per your request, attached please find a copy of the complaint you filed earlier this year. Please let me know if you have any questions.
>>>
>>> Best,
>>>
>>> Sarah

\--

**Sarah Ortlip-Sommers**

Law Clerk to the Honorable Nitza I. Quiñones Alejandro

U.S. District Court for the Eastern District of Pennsylvania

601 Market Street, Suite 8613

Philadelphia, PA 19106

Phone: 267-299-7462

Sarah_OrtlipSommers@paed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.