Case 2:21-cv-00546-NIQA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

)
Defendant.

RAJAN PATEL
)
)
Plaintiffs,

)
)
v.                                    )
                                      Civil Action No. 2:21-cv-00546  Hon.

                                      Nitza I. Quiñones-Alejandro
)
)
ECFMG,

)

## PRAECIPE TO ATTACH

Kindly attach the included Civil Complaint Form and Civil Cover Sheet to Pro-se Plaintiff's most recently filed amended complaint, which is also attached in this email.

DATED: 9/8/2021, */s/ Rajan Patel*

Case 2:21-cv-00546-NIQA

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copy of the foregoing document to be served via electronic filing upon the following via EMAIL to:

Elisa P. McEnroe

        Max O. Bernstein, PA Bar No. 325405
        MORGAN, LEWIS & BOCKIUS, LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        Telephone: +1.215.963.5917
        Facsimile: +1.215.963.5001
        elisa.mcenroe@morganlewis.com
        max.bernstein@morganlewis.com

        *Attorneys for Defendant ECFMG*

DATED: September 8, 2021 */s/ Rajan Patel*  Rajan Patel