| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Wednesday, September 8, 2021 4:45 PM |
| **To:** | PAED_ clerksoffice; paedmail@paed.uscourts.gov; PAED Documents; ECF PAED |
| **Subject:** | Case 2:21-cv-00546-NIQA |
| **Attachments:** | Complaint for a Civil Complaint.pdf; cover sheet.pdf; Amended complaint.pdf; Praecipe.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of Court for the Eastern District of Pennsylvania,

Thank you for granting my most recent motion.

This email serves as a tveigmti request to add the following attachments in this email to my filed and docketed amended complaint from yesterday.

Attached is the civil cover sheet, along with the full completed complaint form with all sections completed. This entire complaint along with my actual amended complaint from yesterday, can now stand on its own as a new complaint. Please docket the complaint I have attached in this email as well. I have served the defendant with all of these documents as well, hence the certification of service is also attached in this email as well.

Thanks

Sincerely,

Rajan Patel (Plaintiff).

Case 2:21-cv-00546-NIQA

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.