# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-0546** |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 9th day of September 2021, in light of the filing of Plaintiff's *amended complaint*, [ECF 19],[1] it is hereby **ORDERED** that Defendant's *motion to dismiss*, [ECF 8], is **DENIED** as **MOOT**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] By order dated August 27, 2021, [ECF 18], this Court granted Plaintiff's motion for leave to file an amended complaint, [ECF 17].