IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJAN PATEL | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:21-cv-00546 |
| | ) | |
| v. | ) | |
| | ) | Hon. Nitza I. Quiñones-Alejandro |
| ECFMG, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

**AND NOW**, this __ day of _____ 2021, upon consideration of Defendant's Motion for Clarification of Plaintiff's Operative Amended Complaint and Extension of Defendant's Time to Respond to Plaintiff's Operative Amended Complaint, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.  Plaintiff is **HEREBY ORDERED** to identify, in writing on the docket, the operative Amended Complaint to which Defendant must respond, and the deadline by which Defendant must answer, move, or otherwise respond to Plaintiff's operative Amended Complaint is **HEREBY EXTENDED** until 14 days after Plaintiff's written clarification occurs.

BY THE COURT:

_____
Quiñones Alejandro, J.