# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-0546** |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 14th day of September 2021, upon consideration of Defendant's *motion for clarification of Plaintiff's operative amended complaint and extension of Defendant's time to respond to Plaintiff's operative amended complaint*, [ECF 22], and for good cause shown, it is hereby **ORDERED** that, to clarify any confusion:

1. Plaintiff shall resubmit an independent, standalone amended complaint consistent with the Federal Rules of Civil Procedure by September 28, 2021, such filing will be deemed the operative amended complaint; and

2. Defendant shall answer or otherwise respond to the amended complaint within 14 days of Plaintiff's filing of his amended complaint.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*