Case 2:21-cv-00546-NIQA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

)
Defendant.

RAJAN PATEL
)
)
Plaintiffs,

)
)
v.                                                              )
Civil Action No. 2:21-cv-00546  Hon.

Nitza I. Quiñones-Alejandro

)
)
ECFMG,

)

**PRAECIPE TO ATTACH**

Kindly attach the included Civil Complaint Form and Civil Cover Sheet to Pro-se Plaintiff's most recently filed amended complaint, which is also attached in this email.

DATED: 9/8/2021, */s/ Rajan Patel*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copy of the foregoing document to be served via electronic filing upon the following via EMAIL to:

Elisa P. McEnroe

    Max O. Bernstein, PA Bar No. 325405
    MORGAN, LEWIS & BOCKIUS, LLP
    1701 Market Street
    Philadelphia, PA 19103-2921
    Telephone: +1.215.963.5917
    Facsimile: +1.215.963.5001
    elisa.mcenroe@morganlewis.com
    max.bernstein@morganlewis.com

    *Attorneys for Defendant ECFMG*

DATED: September 8, 2021 */s/ Rajan Patel*  Rajan Patel