| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Friday, September 17, 2021 2:24 PM |
| **To:** | PAED_ clerksoffice; PAED Documents; ECF PAED |
| **Subject:** | Regarding Case 2:21-cv-00546-NIQA |
| **Attachments:** | Complaint for a Civil Complaint.pdf; cover sheet.pdf; Amended complaint.pdf; Praecipe.pdf |

**CAUTION - EXTERNAL:**

Dear Court Clerk's Office,

The attached documents in this email serve as the standalone independent complaint for my action against the ECFMG. I file this in response to the recent court order and defendant's request for clarification. Today is September 17th 2021.

Thank you

Sincerely,

Rajan Patel (Pro-se Plaintiff)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.