**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

)
Defendant.

RAJAN PATEL
)
)
Plaintiffs,

)
)
v. )
Civil Action No. 2:21-cv-00546  Hon.

Nitza I. Quiñones-Alejandro

)
)
ECFMG,

)

## **Stipulation for Extension of Time**

I, Rajan Patel, the pro-se Plaintiff on this case, would like to request the court to grant me an extension of time by which I need to file my rebuttal to the defendant's motion to dismiss. Note this is a stipulation filing as the defendant has already agreed to the new deadline by which I need to file my rebuttal. This new agreed upon stipulated deadline is October 20th 2021. I will therefore have my rebuttal into the court by October 20th 2021. Please grant this request.

Note: Attached here is a screenshot of the defendant's email stating they agree to extending my deadline to October 20th 2021.



Thank you.

Sincerely,

Rajan Patel

DATED: 10/15/2021, */s/ Rajan Patel*

Case 2:21-cv-00546-NIQA

## [PROPOSED] ORDER

**AND NOW**, this __ day of _____ 2021, upon consideration of Plaintiff's Motion for Extended Time, **IT IS HEREBY ORDERED** that the Motion **GRANTED**.

Case 2:21-cv-00546-NIQA Document 26 Filed 10/01/21 Page 2 of 87

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAJAN PATEL )
) Defendant.
)
Plaintiffs,

)
)
v.
)
Civil Action No. 2:21-cv-00546  Hon.

) Nitza I. Quiñones-Alejandro
)
ECFMG,

)