**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

)
Defendant.

RAJAN PATEL
)
)
Plaintiffs,


)
)
v.                                    )
                                      Civil Action No. 2:21-cv-00546  Hon.

                                      Nitza I. Quiñones-Alejandro
)
)
ECFMG,




)

MOTION FOR EXTENSION OF TIME

I, the Pro-se Plaintiff, on this case, am seeking for the Defendant to grant me an extension whereby I have until October 20th 2021, to file a rebuttal to the Defendant's recently filed motion to dismiss. Defendant's counsel simply needs to reply in an email that it grants this extension. I will then relay a screen-shot of the email to the clerk of court to serve as a new mutually agreed upon date by which the Plaintiff needs to file a rebuttal to the recent motion to dismiss.

DATED: 10/13/2021, */s/ Rajan Patel*

Case 2:21-cv-00546-NIQA

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copy of the foregoing document to be served via electronic filing upon the following via EMAIL to:

Elisa P. McEnroe

       Max O. Bernstein, PA Bar No. 325405
       MORGAN, LEWIS & BOCKIUS, LLP
       1701 Market Street
       Philadelphia, PA 19103-2921
       Telephone: +1.215.963.5917
       Facsimile: +1.215.963.5001
       elisa.mcenroe@morganlewis.com
       max.bernstein@morganlewis.com

       *Attorneys for Defendant ECFMG*

DATED: 10/13/2021 */s/ Rajan Patel*  Rajan Patel