| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Friday, October 15, 2021 2:38 PM |
| **To:** | PAED_ clerksoffice; PAED Documents |
| **Subject:** | Motion for Extended TIME |
| **Attachments:** | extension.pdf; motion for extended time to Clerk's office STIPULATION.pdf |

**CAUTION - EXTERNAL:**

Motion for Extended TIME. Please file, docket and enter this motion I am filing today.

Thanks

Sincerely, Rajan Patel (Plaintiff on case: Patel Vs. EcFMG)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.