# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-0546** |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 15th day of October 2021, upon consideration of Plaintiff's unopposed *motion for extension of time*, [ECF 27],[1] and for good cause shown, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Accordingly, Plaintiff shall have until October 20, 2021, to respond to Defendant ECFMG's motion to dismiss.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]   Plaintiff's motion indicates that Defendant ECFMG has consented to the extension.