**From:**         Rajan Patel <drpat108@gmail.com>
**Sent:**         Wednesday, October 20, 2021 11:56 PM
**To:**           PAED Documents; PAED_ clerksoffice
**Subject:**      Plaintiff's rebuttal to Defendant's motion to dismiss , Civil Action No. 2:21-cv-00546
**Attachments:**  rebuttal.pdf

**CAUTION - EXTERNAL:**

Plaintiff's rebuttal to Defendant's motion to dismiss

Please see attached.

Civil Action No. 2:21-cv-00546

Sincerely,

Rajan Patel

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.