**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAJAN PATEL | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:21-cv-00546 |
| | ) | |
| v. | ) | |
| | ) | Hon. Nitza I. Quiñones-Alejandro |
| ECFMG, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____ 2021, upon consideration of Defendant's Motion for Leave to File a Reply Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's Amended Complaint ("Motion for Leave"), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. Defendant's Reply Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's Amended Complaint, attached to the Motion for Leave as Exhibit 1, and accompanying exhibits are hereby deemed filed.

BY THE COURT:

_____
Quiñones Alejandro, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJAN PATEL | ) |
| Plaintiffs, | ) Civil Action No. 2:21-cv-00546 |
| v. | ) |
| ECFMG, | ) Hon. Nitza I. Quiñones Alejandro |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant ECMFG[1], by and through its undersigned counsel, hereby moves for leave of Court to file a Reply Memorandum of Law in Further Support of ECFMG's Motion to Dismiss Plaintiff's Amended Complaint (ECF 26). In support thereof, ECFMG avers as follows:

1. On September 17, 2021, Plaintiff filed the Amended Complaint. (ECF 25).

2. On October 1, 2021, ECFMG filed its Motion to Dismiss Plaintiff's Amended Complaint. (ECF 26).

3. On October 20, 2021, Plaintiff filed an Opposition titled "Rebuttal to Defendant's Motion to Dismiss." (ECF 29).

4. Plaintiff's Opposition raises new factual assertions and legal arguments regarding the claims in this matter that Plaintiff did not plead in his Complaint and, therefore, that ECFMG did not have the chance to address in its Motion to Dismiss Plaintiff's Amended Complaint.

---

[1] Plaintiff named "ECFMG" as the defendant in this action. As a matter of record, ECFMG's full, legal name is the Educational Commission for Foreign Medical Graduates. However, for ease of reference, Defendant will refer to itself as "ECFMG."

5. ECFMG respectfully submits that its proposed Reply Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Complaint, attached hereto as Exhibit 1, is necessary to respond to and rebut these factual assertions and legal arguments.

**WHEREFORE,** ECFMG respectfully requests that the Court grant this Motion for Leave, enter the attached proposed order, and order the Clerk to docket the attached Exhibit 1 as Defendant ECFMG's Reply Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Complaint.

Dated:  November 8, 2021

Respectfully submitted,

*/s/ Max O. Bernstein*
Elisa P. McEnroe, PA Bar No. 206143
Max O. Bernstein, PA Bar No. 325405
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5917
Facsimile:      +1.215.963.5001
elisa.mcenroe@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant ECFMG*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via the ECF system and email upon:

Rajan Patel
8701 Deanne Dr.
Gaithersburg, MD 20882
drpat108@gmail.com

*Plaintiff*

DATED:  November 8, 2021                                          */s/ Max O. Bernstein*
                                                                                            Max O. Bernstein