# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** : | | **CIVIL ACTION** |
| *Plaintiff* : | | |
| : | | **NO. 21-0546** |
| **v.** : | | |
| : | | |
| **ECFMG** : | | |
| *Defendant* : | | |

# ORDER

**AND NOW**, this 22nd day of November 2021, upon consideration of Defendant's *motion for leave to file a reply memorandum of law in further support of its motion to dismiss Plaintiff's amended complaint*, [ECF 30], it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to docket the reply, which was attached to Defendants' motion as Exhibit 1. [ECF 30-1].

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*