| | |
|---|---|
| **From:** | Rajan Patel |
| **To:** | PAED Documents; PAED_clerksoffice |
| **Subject:** | Case 2:21-cv-00546-NIQA |
| **Date:** | Wednesday, November 24, 2021 12:42:01 AM |
| **Attachments:** | Sur-Reply.pdf |

**CAUTION - EXTERNAL:**

Please file the attachment to my case. Please docket and enter it. Please let me know when it is accepted and granted.

Thanks

Case 2:21-cv-00546-NIQA

Sincerely,

Rajan Patel

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.