## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJAN PATEL | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 21-0546 |
| **v.** | : | |
| | : | |
| ECFMG | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 1st day of December, upon consideration of Plaintiff's *motion for leave to file a sur-reply in further support of its amended complaint dismiss Defendant's motion to dismiss,* [ECF 33], it is hereby **ORDERED** that the motion is **GRANTED**.  The Clerk of Court is directed to docket the sur-reply, which was attached to Plaintiff's motion as Exhibit 1, [ECF 33, at pp. 4–12], and the sur-reply shall be **DEEMED** filed.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*