# Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the
District of Pennsylvania
Docket/Case Number: **2:21-cv-00546-NIQA**

| | |
|---|---|
| Rajan Patel<br><br>v.<br><br>Educational Commission for Foreign Medical Graduates (ECFMG) | Notice of Appeal |

Rajan Patel appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered on April 8th 2022.

(s) *Rajan Patel* /s/