| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Friday, April 8, 2022 12:08 PM |
| **To:** | PAED Documents; paedmail@paed.uscourts.gov; PAED_ clerksoffice; ECF PAED; Noelia Rivera-Calderon |
| **Subject:** | Notice of Appeal case: 2:21-cv-00546-NIQA |
| **Attachments:** | 221-cv-00546-NIQA APPEAL.pdf |

**CAUTION - EXTERNAL:**

Please file, docket and process the attached notice of appeal regarding the judgement made on my case today. I am the Pro-Se plaintiff for this case.

Sincerely,

Rajan Patel
Case: **2:21-cv-00546-NIQA**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.