| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Wednesday, May 25, 2022 11:04 AM |
| **To:** | Brian Watson; PAED_ clerksoffice; PAED Documents; paedmail@paed.uscourts.gov |
| **Subject:** | Re: 4.8.22 Memorandum Opinion |

**CAUTION - EXTERNAL:**

PAED_ clerksoffice <PAED_clerksoffice@paed.uscourts.gov>, PAED Documents <paed_documents@paed.uscourts.gov>, paedmail@paed.uscourts.gov

Can you mail me 2 physical copies of the entire docket to my mailing address: 8701 Deanna Dr. Gaithersburg MD 20882?

Thanks

Raj

On Fri, Apr 8, 2022 at 12:48 PM Brian Watson <Brian_L_Watson@paed.uscourts.gov> wrote:

> Dr. Patel
>
> As requested, attached is the Court's Memorandum Opinion which was docketed today.
>
> Regards
>
> Brian

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.