Dear Court,

My name is Rajan Patel.
I am the Pro-Se Plaintiff on case 2:21-cv-00546.
I am writing this letter to request the court and the judge of this case to allow for this case to be completely sealed, so that it is not seen by viewers of public databases.
Please grant this permission and order as such, immediately.

Thank you.

Sincerely,

Rajan Patel
/s/ *Rajan Patel*
8/15/2022