| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Monday, August 15, 2022 5:10 PM |
| **To:** | Kevin Eibel; PAED Documents; PAED_ clerksoffice; paedmail@paed.uscourts.gov; Patrick McLaughlin |
| **Subject:** | seal request. |
| **Attachments:** | Seal request.pdf |

**CAUTION - EXTERNAL:**

Please see attached seal request. How soon can I expect this case to be sealed?

Thanks

Raj

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.