IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJAN PATEL** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-0546** |
| **v.** | : | |
| | : | |
| **ECFMG** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 16th day of August 2022, upon consideration of Plaintiff's letter request to place this matter under seal, [ECF 43], it is hereby **ORDERED** that the request is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] By Memorandum Opinion and Order dated April 8, 2022, this Court dismissed Plaintiff Rajan Patel's ("Plaintiff") claims against Defendant and closed his case. [ECF 38, 39]. Thereafter, Plaintiff appealed the decision to the United States Court of Appeals for the Third Circuit, [ECF 40], where the matter remains pending. Plaintiff now requests that this Court place this matter under seal. [ECF 43].

When considering a motion to seal, courts "employ a 'balancing process' to determine whether good cause exists." *Aponte v. Pa. State Police*, 2005 WL 8168054, at *1 (M.D. Pa. Dec. 6, 2005) (quoting *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 787 (3d Cir. 1994)). Factors that weigh in favor of granting a request to seal include "an interest in privacy, potential for embarrassment, and information sought for improper purpose." *Id.* (citing *Glenmede Trust Co. v. Thompson*, 56 F.3d 476, 483 (3d Cir. 1995)). Factors that weigh in favor of disclosure include "the promotion of 'fairness and efficiency' and the possibility that the issues are 'important to the public' or concern 'public health and safety.'" *Id.* (citing *Glenmede Trust*, 56 F.3d at 483). Importantly, the party seeking the seal bears the burden of demonstrating that there is good cause to do so. *Id.* (citing *Publicker Indus., Inc. v. Cohen*, 733 F.2d 1059, 1070–71 (3d Cir. 1984)).

Here, Plaintiff has not provided any reason for his request, let alone met his burden of demonstrating good cause to place this matter under seal. Indeed, Plaintiff's letter does not include any reason or justification for sealing the matter. In the absence of any legal basis to seal this matter, this Court finds the factors discussed in *Pansy* weigh against granting Plaintiff's request. *See* 23 F.3d at 787–88. The request is, therefore, denied.