Case 2:21-cv-00546-NIQA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dear Honorable Judge and Court,

I am writing this letter to outline reasons why granting a seal on this case (case: 00546- NIQA) is justified under law. I am the pro-se plaintiff. Currently this case and the details of this case is visible by the public in its entirety, because it is not sealed. The details of this case includes my personal healthcare information, including medical conditions that I have been diagnosed with, along with other disabilities (eg. Asthma and subsequent inability to wear a facemask for a prolonged period of time). It is my right to not disclose any of my medical diagnoses to the public, as it may create situations of unfair treatment, embarrassment, and breach of privacy. Indeed, there is good cause that outweighs the reasons to keep the details of the case visible by the public. Hence, I request the court to seal the case immediately (in district court). The circuit court will also receive a similar request by me, as the case is currently active there, as an appeal.

Please grant this request to seal this case permanently, and be hidden from the public's view.

Thank you

Sincerely,

Rajan Patel

*/s/ Rajan Patel*

8/17/2022