| | |
|---|---|
| **From:** | Rajan Patel <drpat108@gmail.com> |
| **Sent:** | Wednesday, August 17, 2022 6:01 PM |
| **To:** | PAED Documents; paedmail@paed.uscourts.gov; PAED_ clerksoffice; ECF PAED |
| **Subject:** | seal request |
| **Attachments:** | Seal Request number 2.pdf |

**CAUTION - EXTERNAL:**

Please see the attached document. PLease enter the document as a request by the judge and the court to seal this case.

Thanks

Sincerely,

Rajan Patel

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.