| | |
|---|---|
| **From:** | PAED_ clerksoffice |
| **To:** | PAED_ProSeWritClerk |
| **Subject:** | Fwd: 4.8.22 Memorandum Opinion |
| **Date:** | Thursday, December 29, 2022 4:44:53 PM |

I'm not sure if you get this.

Thanks,
Gail

---

**From:** Rajan Patel <drpat108@gmail.com>
**Sent:** Thursday, December 29, 2022 4:13:21 PM
**To:** Brian Watson <Brian_L_Watson@paed.uscourts.gov>; PAED_ clerksoffice <PAED_clerksoffice@paed.uscourts.gov>; PAED Documents <paed_documents@paed.uscourts.gov>; paedmail@paed.uscourts.gov <paedmail@paed.uscourts.gov>
**Subject:** Re: 4.8.22 Memorandum Opinion

**CAUTION - EXTERNAL:**


On Sun, Jun 26, 2022 at 5:55 PM Rajan Patel <drpat108@gmail.com> wrote:
> Never received this, did you send this?
>
> On Sun, Jun 26, 2022 at 5:55 PM Rajan Patel <drpat108@gmail.com> wrote:
>> PAED_ clerksoffice <PAED_clerksoffice@paed.uscourts.gov>, PAED Documents <paed_documents@paed.uscourts.gov>, paedmail@paed.uscourts.gov
>> Case 2:21-cv-00546-NIQA
>> Can you mail me 2 physical copies of the entire docket to my mailing address: 8701 Deanna Dr. Gaithersburg MD 20882?
>>
>> Thanks
>>
>> Raj
>>
>> On Wed, May 25, 2022 at 11:03 AM Rajan Patel <drpat108@gmail.com> wrote:
>>> PAED_ clerksoffice <PAED_clerksoffice@paed.uscourts.gov>, PAED Documents <paed_documents@paed.uscourts.gov>, paedmail@paed.uscourts.gov
>>>
>>> Can you mail me 2 physical copies of the entire docket to my mailing address: 8701 Deanna Dr. Gaithersburg MD 20882?
>>>
>>> Thanks
>>>
>>> Raj
>>>
>>> On Fri, Apr 8, 2022 at 12:48 PM Brian Watson <Brian_L_Watson@paed.uscourts.gov> wrote:

> Dr. Patel
>
> As requested, attached is the Court's Memorandum Opinion which was docketed today.
>
> Regards
>
> Brian

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.