# Patrick McLaughlin

| | |
|---|---|
| **From:** | Patrick McLaughlin |
| **Sent:** | Wednesday, March 15, 2023 9:31 AM |
| **To:** | drpat108@gmail.com |
| **Subject:** | Request for Docket Sheet; 21-CV-0546 |

Rajan Patel

We received your request for **Docket Sheets** in Case # **21-CV-0546**. The fee for the documents you requested is **$1.20**. The only persons or agencies that receive documents or services for free of charge are federal employees and federal agencies that are under the judiciary branch. We cannot mail the documents until the fee is received. Pro Se and Motion to Proceed in Forma Pauperis filers are also required to pay the fee, unless there is a specific order from the judge. The cost for copy work is *$0.10 per page* and Certified copy work is *$11.00 per document plus the cost of copy work.*

Please make your check payable to **"Clerk, U.S. District Court"** and mail to

CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

**Please send this letter with your payment. Thank you**

If you wish to have documents sent via email, please include the desired email address with your payment.


Sincerely,
Patrick McLaughlin
Correspondence Clerk
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(267) 299-7146

**** An email sent to this account is not an accepted method to submit documents for filing.  Please visit the court's website for filing instructions Eastern District of Pennsylvania | United States District Court (uscourts.gov)****