# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJAN PATEL, <br><br> Plaintiff, <br><br> v. <br><br> ECFMG, <br><br> Defendant. | Civil Action No. 2:21-cv-00546 <br><br> Hon. Nitza I. Quiñones-Alejandro |

### [PROPOSED] ORDER

**AND NOW**, this ___ day of _____ 2023, upon consideration of Defendant's Motion for Reconsideration and to Dismiss Plaintiff's Amended Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court's Order filed June 22, 2023 (ECF 49) is **VACATED**. Plaintiff's Amended Complaint (ECF 25) is **DISMISSED WITH PREJUDICE**.

_____
Quiñones-Alejandro, J.