IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJAN PATEL,<br><br>        Plaintiff,<br><br>   v.<br><br>ECFMG,<br><br>        Defendant. | Civil Action No. 2:21-cv-00546-NIQA<br><br>NOTICE OF CHANGE TO CONTACT INFORMATION EFFECTIVE NOVEMBER 13, 2023 |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

      Please be advised that Elisa P. McEnroe, counsel of record for ECFMG in the above-captioned matter, makes the following updates to the contact information on file with this court and respectfully requests that the docket be updated accordingly:

                      Elisa P. McEnroe
                      MORGAN, LEWIS & BOCKIUS LLP
                      2222 Market Street
                      Philadelphia, PA  19103-3007
                      Phone: (215) 963-5000
                      Fax:  (215) 963-5001
                      elisa.mcenroe@morganlewis.com

Dated:  November 17, 2023
                      MORGAN, LEWIS & BOCKIUS LLP
                      Attorneys for ECFMG
                      Elisa P. McEnroe

                      */s/ Elisa P. McEnroe*
                      Elisa P. McEnroe