## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2023, a true and correct copy of the foregoing

Notice of Change of Contact Information was served via CM/ECF, which will send electronic

notification of such filing to all registered counsel.

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe