IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAJAN PATEL,** | |
| Plaintiff, | Civil Action No. 2:21-cv-00546-NIQA |
| v. | NOTICE OF CHANGE TO CONTACT INFORMATION EFFECTIVE NOVEMBER 13, 2023 |
| **ECFMG,** | |
| Defendant. | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    Please be advised that Max O. Bernstein, counsel of record for ECFMG in the above-captioned matter, makes the following updates to the contact information on file with this court and respectfully requests that the docket be updated accordingly:

        Max O. Bernstein
        MORGAN, LEWIS & BOCKIUS LLP
        2222 Market Street
        Philadelphia, PA  19103-3007
        Phone: (215) 963-5000
        Fax:  (215) 963-5001
        max.bernstein@morganlewis.com

Dated:  November 17, 2023
        MORGAN, LEWIS & BOCKIUS LLP
        Attorneys for ECFMG
        Max O. Bernstein

        */s/ Max O. Bernstein*
        Max O. Bernstein