## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2023, a true and correct copy of the foregoing Notice of Change of Contact Information was served via CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                      */s/ Max O. Bernstein*
                                      Max O. Bernstein